IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-1146-AP

JOHN E. MARTIN,

    Plaintiff,

v.

JO ANNE B. BARNHART,

    Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Frederick W. Newall, Esq.
730 N. Weber, #101
Colorado Springs, Colorado 80903

(719) 633-5211
(719) 635-6503 (Facsimile)
Newallfrederickw@qwest.com

For Defendant:
Bonnie E. Sims
Special Assistant United States Attorney

*Mailing Address:*
1961 Stout Street, Suite 1001A
Denver, Colorado  80294
(303) 844-7278

(303) 844-0770 (facsimile)
Bonnie.Sims@ssa.gov
*Street Address:*
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**    **Date Complaint Was Filed:** June 20, 2005

    **B.**    **Date Complaint Was Served on U.S. Attorney's Office:** July 14, 2005

    **C.**    **Date Answer and Administrative Record Were Filed:** September 13, 2005

**4.**    **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state that the record is complete and accurate.

**5.**    **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not intend to submit any additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case involves no unusually complicated or out-of-the-ordinary claims.

**7. OTHER MATTERS**

The parties bring no other matters to the Court's attention.

**8. PROPOSED BRIEFING SCHEDULE**

    **A.**    **Plaintiff's Opening Brief Due:** December 15, 2005

    **B.**    **Defendant's Response Brief Due:** January 17, 2006

    **C.**    **Plaintiff's Reply Brief (If Any) Due:** February 7, 2006

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**    **Plaintiff's Statement:** Plaintiff does not request oral argument.

    **B.**    **Defendant's Statement:** Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

    **A.**    **( x ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    **B.**    **( ) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 4th day of October, 2005.

                                              BY THE COURT:

                                              s/John L. Kane
                                              U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Frederick W. Newall<br>Frederick W. Newall, Esq.<br>730 N. Weber, #101<br>Colorado Springs, Colorado 80903<br>(719) 633-5211<br>(719) 635-6503 (Facsimile)<br>*Newallfrederickw@qwest.com*<br><br>Attorney for Plaintiff | WILLAM J. LEONE<br>Acting United States Attorney<br><br>s/ Kurt J. Bohn<br>KURT J. BOHN<br>Assistant U.S. Attorney           1225 Seventeenth Street, Suite 700<br>17th Street Plaza<br>Denver, Colorado  80202<br>Telephone: (303) 454-0100<br>kurt.bohn@usdoj.gov<br><br>s/ Bonnie E. Sims<br>By: Bonnie Sims<br>Special Assistant U.S. Attorney<br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>Telephone: (303) 844-0812<br>Facsimile: (303) 844-0770<br>Bonnie.Sims@ssa.gov<br><br>Attorney for Defendant |